

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00776-CR

Thad Demarco **HALE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 491235
Honorable Wayne A. Christian, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to withdraw appeal is GRANTED, and this appeal is DISMISSED.

SIGNED December 23, 2015.

Sandee Bryan Marion, Chief Justice